IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-cr-00213-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**ESTRELLA BLANCA REZA**,

       Defendant.
_____

**UNOPPOSED MOTION TO WAIVE DEFENDANT'S APPEARANCE**
_____

ESTRELLA BLANCA REZA, by and through counsel, Timothy P. O'Hara, hereby requests that this Court waive Ms. Reza's appearance for the hearing on Defendant's Unopposed Motion for Reconsideration and Modification of Bond Conditions (Doc. 22) set for Monday December 7, 2015, at 9:00 a.m. The present request is unopposed by the government. In support of the present motion, defendant states as follows:

    1.    As represented in the defendant's Unopposed Motion for Reconsideration and Modification of Bond Conditions, the probation department has secured bed space for Ms. Reza at an inpatient substance abuse treatment facility. The bed space is only available until the end of the day on December 7, 2015.

    2.    In order to facilitate Ms. Reza's potential release and transfer to the treatment facility, the Court has been kind enough to reset the hearing for the soonest date and time available. The hearing is set for Monday December 7, 2015, at 9:00 a.m. before the Honorable Magistrate Judge Kristen L. Mix.

3. Ms. Reza is currently in custody at Clear Creek County Jail in Georgetown, Colorado.

4. If Ms. Reza is brought to court on the defendant's motion on December 7, and is released by the Court into the inpatient treatment facility following the hearing, Ms. Reza will likely have to be transported back to Clear Creek County by the United States Marshals to be released from their facility.

5. Instead, it would be more efficient to allow Ms. Reza to remain in Clear Creek County in order for her to be released from there should the Court grant the defendant's motion to modify the bond conditions.

6. Undersigned counsel has contacted the attorney handling the matter for the United States and he has no objection to waiving Ms. Reza's appearance.

7. Undersigned counsel has contacted Ms. Reza and she has no objection to waiving her own appearance at the hearing.

WHEREFORE, it is requested that the Court waive Ms. Reza's appearance for the hearing on December 7, 2015, at 9:00 a.m.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        s/Timothy P. O'Hara_____
        TIMOTHY P. O'HARA
        Assistant Federal Public Defender
        633 Seventeenth Street, Suite 1000
        Denver, Colorado  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Email:  Timothy_OHara@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2015, I electronically filed the foregoing

**UNOPPOSED MOTION TO WAIVE DEFENDANT'S APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Zachary Phillips
    Assistant U.S. Attorney
    Email:  Zachary.Phillips@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Ms. Estrella Blanca Reza  (U.S. Mail)

    s/Timothy P. O'Hara_____
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  Timothy_OHara@fd.org
    Attorney for Defendant